UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY JUDKA,<br>　　　　Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 1:24-CV-531 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| DENNIS EMMEL, *et al.*,<br>　　　　Defendants | ) <br> ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is HEREBY ORDERED THAT:

(1) Plaintiff's motion for leave to file a demurrer (Doc. 13) is DENIED.

(2) Defendants' motion to dismiss (Doc. 8) is GRANTED.

(3) Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

(4) Plaintiff shall, if he chooses, file an amended complaint on or before **June 30, 2025**.

　　Plaintiff is placed on notice that any amended complaint must be complete in all respects; it must be a new pleading that complies with the requirements of the Federal Rules of Civil Procedure which stands by itself without reference to the complaint already filed. The amended complaint will completely replace the original complaint, therefore if Plaintiff chooses to file an amended complaint, the original complaint will have no role in the future of this case.

(5) If Plaintiff fails to file an amended complaint within this timeframe, the dismissal of Plaintiff's Title VII and 42 U.S.C. § 1983 claims will convert to dismissal with prejudice, but Plaintiff's claim pursuant to the PHRA will remain dismissed without prejudice and the Clerk of Court will mark this case CLOSED.

Date: May 30, 2025

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge