UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY JUDKA,** | : | Civil No. 1:24-CV-531 |
| Plaintiff, | : | |
| v. | : | |
| **DENNIS EMMEL, et al.,** | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

## MEMORANDUM AND ORDER

The background of this order is as follows:

The plaintiff, who is proceeding *pro se*, commenced this action by a complaint. (Doc. 1.) Judge Arbuckle dismissed this complaint without prejudice to the filing of an amended complaint. Doc. 18). The plaintiff has now moved to file this amended complaint. (Doc. 19). Consistent with the intent of Judge Arbuckle's order we will GRANT this motion and permit the filing of this amended complaint since Rule 15(a) of the Federal Rules of Civil Procedure, which governs amendment of pleadings strongly favors amendment of pleadings and provides that such leave to amend should be liberally granted "when justice so requires." Fed. R. Civ. P. 15(a)(2).

Accordingly, IT IS ORDERED as follows:

1.  The plaintiff's motion to amend (Doc. 19) is GRANTED and the plaintiff's proposed amended complaint, (Doc. 20), will be lodged by the clerk as the amended complaint in this matter.

2.  However, this leave to file an amended complaint is granted without prejudice to the assertion of any defenses or dispositive motions that the defendants may believe are appropriate with respect to the second amended complaint.

SO ORDERED, this 25th day of June 2025.

>   */s/ Martin C. Carlson*
>   Martin C. Carlson
>   United States Magistrate Judge