UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY JUDKA, | : | NO. 1:24-CV-00531 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| DENNIS EMMEL, *et. al.* | : | |
| Defendants. | : | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** that:

(1) The Individual Defendants' motion to dismiss, doc. 27, is **GRANTED**;

(2) DCVFC's motion to dismiss, doc. 49, is **GRANTED** in part and **DENIED** in part;

(3) Counts III and IV of the Second Amended Complaint, doc. 26, are **DISMISSED**; and

(4) On or before **February 20, 2026**, the Plaintiff may file a third amended complaint in accordance with the Memorandum Opinion. If the Plaintiff fails to file a third amended complaint or notifies the Court that he intends to proceed on the remaining claims in the Second Amended Complaint, the Court will issue further orders regarding case management.

Date: January 21, 2026

s/*Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge